# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| TAVORIS GORDON, | : | |
| | : | |
| Plaintiff, | : | Civil Action |
| | : | No. 5:23-cv-361 (CAR) |
| v. | : | |
| | : | |
| Unit Manager CLARKSON, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER ON RECOMMENDATIONS
## OF THE UNITED STATES MAGISTRATE JUDGE

Currently before the Court are two Recommendations of the United States Magistrate Judge: (1) to dismiss Plaintiff's claims against Defendant Warden Walter Berry without prejudice and (2) to deny Defendant Troutman's Motion to Dismiss. No objections have been filed, and the time for doing so has expired. This Court agrees with the findings and conclusions of both Recommendations. Thus, the Recommendations [Docs. 7 and 41] are hereby **ADOPTED AND MADE THE ORDER OF THE COURT**. Defendant Warden Walter Berry is hereby **DISMISSED WITHOUT PREJUDICE**, and Defendant Troutman's Motion to Dismiss [Doc. 40] is **DENIED**. Plaintiff's Eighth Amendment claims against Defendants Unit Manager Clarkson, Lieutenant Weller, and Lieutenant Troutman remain pending.

**SO ORDERED**, this 1st day of July, 2024.

S/ C. Ashley Royal<br>
C. ASHLEY ROYAL, SENIOR JUDGE<br>
UNITED STATES DISTRICT COURT